**James WILKINS, Plaintiff–Appellant,**

v.

**Lieutenant R. CONNER; W.J. Townley, Superintendent; Correctional Officer Barbour; Ms. Cheeks, Food Services Supervisor, Defendants–Appellees,**

and

**Warden Halifax C.C.; Attorney General of the Commonwealth of Virginia, Defendants.**

No. 06–6127.

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2006.

Decided: June 29, 2006.

James Wilkins, Appellant Pro Se. Noelle Leigh Shaw–Bell, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Wilkins appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilkins v. Conner,* No. 1:03–cv–00815–JCC (E.D.Va. Dec. 30, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*